# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

STEVEN BRISCOE                                                                                          PLAINTIFF

V.                                            4:11-cv-00213-BRW-JJV

PULASKI COUNTY REGIONAL                                                              DEFENDANT
DETENTION FACILITY

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is hereby DISMISSED with prejudice. This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). The relief sought is denied. All other pending motions should be DENIED as moot.

The Court further certifies that an *in forma pauperis* appeal from any Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 12th day of May, 2011.


                                                                /s/Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE